# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| TINA MITCHAM On Behalf of HERSELF and All Others Similarly Situated, | ) <br> ) <br> ) COLLECTIVE AND CLASS ACTION |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:17-cv-00703 <br> ) |
| INTREPID U.S.A., INC., AND F.C. OF KENTUCKY, INC., d/b/a INTREPID USA HEALTHCARE SERVICES, | ) JUDGE BOOM <br> ) <br> ) JURY TRIAL DEMANDED <br> ) |
| Defendant. | ) |

## JOINT MOTION FOR APPROVAL OF SECTION 216(b) SETTLEMENT

Defendants Intrepid U.S.A., Inc., and F.C. of Kentucky, Inc. (Intrepid) and the Plaintiff Tina Mitcham (collectively "the Parties") have reached a comprehensive settlement agreement (the "Agreement") in this matter. The parties now move the Court to approve the Agreement, which is attached as **Exhibit 1** to the Parties' Memorandum in Support of this Motion as it pertains to claims under 29 U.S.C. § 216(b) in this action. A proposed order is attached to this Motion. For the reasons set forth in the accompanying memorandum, this Motion should be **GRANTED**.

Date: February 15, 2019

Respectfully submitted,

/s/ David W. Garrison
**JERRY E. MARTIN (No. 20193)***
**DAVID W. GARRISON (No. 24968)***
**JOSHUA A. FRANK (No. 33294)***
BARRETT JOHNSTON
MARTIN & GARRISON LLC
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202

1

Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**PETER WINEBRAKE***
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com

**J. CHRIS SANDERS (KBA # 82663)**
CHRIS SANDERS LAW PLLC
517 West Ormsby Avenue
Louisville, KY 40203
Telephone: (502) 814-0094
csanders@chrissanderslaw.com

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*


/s/ Wendy V. Miller (w/ permission)
**WENDY V. MILLER**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Phone: (615) 254-1900
Facsimile: (615) 254-1908
Email: Wendy.Miller@odnss.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing *Joint Motion for Approval of Section 216(B) Settlement* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on February 15, 2019:

Wendy V. Miller
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Phone: (615) 254-1900
Facsimile: (615) 254-1908
Email: Wendy.Miller@odnss.com

                                            /s/ David W. Garrison
                                            DAVID W. GARRISON
                                            **BARRETT JOHNSTON**
                                            **MARTIN & GARRISON, LLC**