IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TINA MITCHAM On Behalf of HERSELF and All Others Similarly Situated, | ) ) ) **COLLECTIVE AND CLASS ACTION** |
| Plaintiff, | ) ) |
| v. | ) **CASE NO. 3:17-cv-00703** ) |
| INTREPID U.S.A., INC., AND F.C. OF KENTUCKY, INC., d/b/a INTREPID USA HEALTHCARE SERVICES, | ) **JUDGE BOOM** ) ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR ORDER PRELIMINARILY APPROVING RULE 23 CLASS ACTION SETTLEMENT

Named Plaintiff and proposed Class Representative, Tina Mitcham (the "Class Representative") and Defendants Intrepid U.S.A., Inc. and F.C. of Kentucky, Inc. ("Intrepid") (collectively the "Parties") jointly move this Court for an Order with the following parameters:

First, the Parties move for certification, for settlement purposes only, of a settlement class pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3). The Rule 23 Class includes all current and former non-exempt home health workers who worked full time for Intrepid in Kentucky in the position of Licensed Practical Nurse, Physical Therapy Assistant, Certified Occupational Therapy Assistant, or Home Health Aide from November 22, 2012, to November 13, 2018, (as defined in paragraph 1.17 of the Settlement Agreement attached as **Exhibit 1** to the Memorandum in Support filed simultaneously herewith), excluding any individuals who entered into the settlement in the case, Paine et al. v. Intrepid U.S.A., Inc., No. 3:14-cv-02005 (M.D. Tenn.

2017) ("Class Members") and excluding any individual who joined this Action by filing a consent form pursuant to 216(b) of the Fair Labor Standards Act ("FLSA").

Second, the Parties respectfully request that this Court appoint (for settlement purposes only) Named Plaintiff Tina Mitcham as a class representative of the Rule 23 Class.

Third, the Parties respectfully request that the Court appoint, for settlement purposes, the Plaintiff's attorneys, David W. Garrison and Joshua A. Frank of Barrett Johnston Martin & Garrison, LLC as Class Counsel for the Rule 23 Class.

Fourth, the Parties move this Court for preliminary approval of the Settlement Agreement ("the Agreement") with regard to the Rule 23 Class (the "Settlement").  The Agreement is attached as Exhibit 1 to the Memorandum in Support, which accompanies this motion.

Fifth, the Parties move this Court for approval of RG2 Claims Administration to act as the settlement claims administrator and to send to the Rule 23 Class Members a proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing ("Class Notice," attached to the Agreement as **Exhibit F**) and a proposed Opt-Out Statement (attached to the Agreement as **Exhibit G**)(collectively the "Notice Materials").

Sixth, the Parties respectfully move this Court for an Order setting a Fairness Hearing for final approval of the Settlement, consistent with the time frame set forth in the Proposed Order.

In jointly filing this motion with the Plaintiff, Intrepid does not waive any defenses or concede any facts. A Memorandum in Support of this Motion is filed simultaneously herewith. A proposed Order is attached as Exhibit B to the Agreement.

Date: February 15, 2019                              Respectfully submitted,

                                                     /s/ David W. Garrison
                                                     **JERRY E. MARTIN (No. 20193)***
                                                     **DAVID W. GARRISON (No. 24968)***

**JOSHUA A. FRANK (No. 33294)***
BARRETT JOHNSTON
MARTIN & GARRISON LLC
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**PETER WINEBRAKE***
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com

**J. CHRIS SANDERS (KBA # 82663)**
CHRIS SANDERS LAW PLLC
517 West Ormsby Avenue
Louisville, KY 40203
Telephone: (502) 814-0094
csanders@chrissanderslaw.com

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

 /s/ Wendy V. Miller (with permission)\_\_\_
**WENDY V. MILLER**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Phone: (615) 254-1900
Facsimile: (615) 254-1908
Email: Wendy.Miller@odnss.com

*Attorney for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Joint Motion for Order Preliminarily Approving Rule 23 Class Action Settlement* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on February 15, 2019:

Wendy V. Miller
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Phone: (615) 254-1900
Facsimile: (615) 254-1908
Email: Wendy.Miller@odnss.com


/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
**MARTIN & GARRISON, LLC**


37397133.1