UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TINA MITCHAM, On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>INTREPID U.S.A., INC., et al.,<br><br>    Defendants. | Civil Action No. 3:17-CV-703-CHB<br><br>**ORDER APPROVING SECTION 216(b) SETTLEMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Having considered the Parties' Joint Brief in Support of the Reasonableness of Proposed Settlement Amount of Plaintiffs' Attorneys' Fees and Costs [R. 56], the Court hereby supplements its May 28, 2019, Opinion and Order Conditionally Approving 216(b) Settlement [R. 54] and additionally **ORDERS AS FOLLOWS:**

    1.    This Court **FINDS** that the attorneys' fees requested in the settlement are **reasonable**.

    2.    Accordingly, the Joint Motion to Approve Section 216(b) Action Settlement [**R. 50**] is **GRANTED**. The Court **APPOINTS** Plaintiffs' Counsel David W. Garrison, Josh Frank, and Chris Sanders as Class Counsel in this matter for the purpose of the Section 216(b) Settlement.

    3.    As of the date the judgment in this action becomes final (meaning that the time for appeal has expired with no appeal taken, all appeals are resolved and none are left pending, or this judgment is affirmed in all material respects after completion of the appellate process), the Original Class Members, as they are defined in the Settlement Agreement, are forever barred from bringing or presenting any action or proceeding against any Released Party that involves or

- 2 -

asserts any of the Released Claims (as those terms are defined in the Agreement), and the Original Class Members are deemed to have released and forever discharged the Released Parties from all Released Claims.

June 11, 2019

*Claria Horn Boom*
Claria Boom, District Judge
United States District Court

cc: Counsel of record