# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **TINA MITCHAM, on behalf of Herself and All Others Similarly Situated,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**INTREPID U.S.A., Inc., and F.C. of Kentucky, Inc. d/b/a INTREPID USA HEALTHCARE SERVICES,** )<br>)<br>**Defendants.** )<br>)<br>)<br>)<br>)<br>) | **CLASS AND COLLECTIVE ACTION**<br><br>**CASE NO. 3:17-CV-00703**<br><br>**JUDGE BOOM**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ORDER CERTIFYING SETTLEMENT CLASS AND APPROVING CLASS ACTION SETTLEMENT

On February 15, 2019, the Class Representative Tina Mitcham and Defendants Intrepid U.S.A., Inc. and F.C. of Kentucky, Inc. d/b/a Intrepid USA Healthcare Services ("Intrepid") ("the Parties") jointly moved this Court for an Order requesting that it certify, on a conditional basis, a settlement class with respect to certain overtime claims asserted by the Plaintiff in her Complaint, and requesting that the Court approve on a preliminary basis the settlement of those claims. On May 28, 2019 and June 11, 2019, the Court granted the Parties' joint motion, ordering that, *inter alia*:

- A class is certified for settlement purposes only, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), consisting of all former and current non-exempt home health workers employed by Defendants in the position of Licensed Practical Nurse, Physical Therapy Assistant, Certified Occupational Therapy Assistant, or Home Health Aide at any of Defendants' Kentucky locations from November 22, 2012 to November 13, 2018 to provide in home health care services to patients, who performed 20 or more visits during any week within this time period and who were paid on a fee per visit basis, but excluding any individuals who entered into the settlement in the case, *Paine et al. v. Intrepid U.S.A., Inc.*, No. 3:14-cv-02005 (M.D. Tenn. 2017) ("Class Members") and excluding any individual who joined this Action by filing a consent form pursuant to 216(b) of the Fair Labor Standards Act ("FLSA"). (Dkt. Nos. 55 and 60).

1

- Named Plaintiff Tina Mitcham, as named in the Settlement Agreement ("the Agreement") (Dkt. No. 53-1) between the Parties, is appointed as the Class Representative. (Dkt. No. 55).

- David W. Garrison and Joshua A. Frank of Barrett Johnston Martin & Garrison, LLC are appointed as Class Counsel. (Dkt. No. 55).

- The fees and expenses, including the hourly rates of Plaintiffs' counsel, requested in the Joint Motion for Order Conditionally Certifying Rule 23 Settlement Class And Preliminarily Approving Settlement Agreement (Dkt. Nos. 52 and 53), and the Joint Motion for Approval of Section 216(b) Settlement (Dkt. Nos. 50 and 51) are approved. (Dkt. Nos. 54, 55, and 58). The Court found Plaintiff's fees to be fair and reasonable in light of the work associated with this case and the result achieved. (Dkt. No. 58).

- The settlement of claims set forth in the Agreement (Dkt. No. 53-1) and the settlement reflected in that agreement ("the Settlement") are approved. (Dkt. Nos. 55 and 60).

- The issuance of a Notice of Class Action, Proposed Settlement, and Fairness Hearing ("Class Notice") (attached to the Agreement as **Exhibit F**) (Dkt. No. 53-1 at 42-49) and a proposed Opt-Out Statement (attached to the Agreement as **Exhibit G**) (Dkt. No. 53-1 at 40-52) (collectively "Notice Materials") are approved. (Dkt. Nos. 55 and 60).

- This matter is set for a Fairness Hearing on September 26, 2019, at which the Court will consider final approval of the Agreement and Settlement. (Dkt. No. 60).

The Parties now request that the Court issue an Order finally certifying the requested settlement class and approving the Settlement.

As with the Joint Motion for Preliminary Approval, Intrepid does not waive any defenses or concede any facts and has agreed to class certification solely for the purpose of seeking to resolve this matter through settlement. Thus, Intrepid joins in this Motion.

A Memorandum in Support of this Motion is attached hereto.

Date: September 5, 2019

/s/ Wendy V. Miller (with permission)
**Wendy V. Miller (KY Bar No. 96052)**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Phone: (615) 254-1900
Facsimile: (615) 254-1908
Email: Wendy.Miller@ogletree.com

*Attorney for Defendants*

Respectfully Submitted,

/s/ David W. Garrison
**JERRY E. MARTIN (No. 20193)***
**DAVID W. GARRISON (KBA # 98528)**
**JOSHUA A. FRANK (No. 33294)***
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**PETER WINEBRAKE***
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211 Dresher, PA 19025
Phone: (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com

**J. CHRIS SANDERS (KBA # 82663)**
CHRIS SANDERS LAW PLLC
517 West Ormsby Avenue
Louisville, KY 40203
Telephone: (502) 814-0094
csanders@chrissanderslaw.com

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2019 a true and accurate copy of the foregoing *Joint Motion for Order Certifying Settlement Class and Approving Class Action Settlement* was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon the following:

**Wendy V. Miller (KY Bar No. 96052)**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN  37219
Phone:  (615) 254-1900
Facsimile:  (615) 254-1908
Email:  Wendy.Miller@ogletree.com

*Attorney for Defendants*

                                                /s/  David W. Garrison
                                                DAVID W. GARRISON
                                                **BARRETT JOHNSTON MARTIN & GARRISON, LLC**